FILED by SV D.C.
ELECTRONIC

May 6 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 03CV20672 – CIV – King/O'Sullivan

TRUST LICENSING, LLC and LEIGH M. ROTHSCHILD,

        Plaintiff,

v.

INTERACTUAL TECHNOLOGIES, INC.,

        Defendant.

## STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF JUDGMENT

### Recitals

1. On January 30, 2004, the parties executed and filed a stipulated order for dismissal with prejudice, based on a negotiated settlement of this matter (Docket No. 66). On February 2, 2004, the Court entered an order in conformity with the stipulation (Docket No. 65). On February 5, 2004, the Court's final order of dismissal was duly entered (Docket No. 67).

2. Subsequent to entry of the Court's final order of dismissal, on February 11 and March 5, 2004, plaintiff filed a motion styled "Motion to Set Aside Settlement, Release and License Agreement and For Relief From Final Order of Dismissal; Request for Evidentiary Hearing" (Docket Nos. 68, 69, 71). Defendants opposed the motion (Docket No. 70).

3. The parties have now amicably resolved and settled all issues relating to the motion referenced in paragraph 2 above.

## Stipulation

By reason of the foregoing, and in accordance with Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed as follows:

1. Plaintiff's Motion to Set Aside Settlement, Release and License Agreement; Request for Evidentiary Hearing Nos. 68, 69, 71 is withdrawn with prejudice.

2. The Court may enter the attached Order for Entry of Judgment.

SO STIPULATED on this  6th  day of May, 2004:

_____
Richard B. Simring
John C. Carey
STROOK & STROOK & LAVAN
Wachovia Financial Center
2000 So. Biscayne Blvd.
Miami, FL 33131-2385
Tel. (305) 358-9900
Facsimile (305) 789-9302

*Attorneys for Plaintiffs*

_____
Steven C. Schroer
Karl R. Fink
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603-3406
Telephone: (312) 577-7000
Facsimile: (312) 577-7007

Peter L. Wechsler, Florida Bar No. 125244
Peter J. Frommer, Florida Bar No. 106860
RUDEN, MCCLOSKY, SMITH, SCHUSTER & RUSSELL
701 Brickell Avenue, Suite 1900
Miami, Florida 33302
Telephone: (305) 789-2700
Facsimile:   (305) 789-2793

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 03CV20672 – CIV – King/O'Sullivan

| | |
|---|---|
| TRUST LICENSING, LLC and LEIGH M. ROTHSCHILD, <br><br> Plaintiff, <br><br> v. <br><br> INTERACTUAL TECHNOLOGIES, INC., <br><br> Defendant. | |

### Order For Entry of Judgment

Based upon the stipulation of the parties, and in accordance with Fed. R. Civ. P. 41(a)(2) and 58, it is hereby ordered as follows:

1. This action, including all claims and counterclaims, and all defenses thereto, which were alleged or could have been alleged in the foregoing civil action, and specifically including, without limitation, the claims alleged in Plaintiff's Motion to Set Aside Settlement, Release and License Agreement and For Relief From Final Order of Dismissal; Request for Evidentiary Hearing (Docket Nos. 68, 69, 71), shall be, and hereby is, dismissed with prejudice. The Court, however, shall reserve jurisdiction, with respect to any future dispute as to the performance of the parties' settlement agreement (including amendments thereto).

2. The parties shall bear their own costs.

3. The clerk shall enter judgment accordingly, forthwith.

Dated: May _____, 2004

                                         _____
                                         Hon. James Lawrence King
                                         United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 03-20672-Civ-King/O'Sullivan

TRUST LICENSING, LLC, and
LEIGH M. ROTHSCHILD,

        Plaintiffs,

vs.

INTERACTUAL TECHNOLOGIES, INC.,

        Defendant.
_____/

<b><u>CERTIFICATE OF SERVICE</u></b>

      This is to certify that I have this day served a true and correct copy of the within and foregoing **STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF JUDGMENT** upon counsel for defendant by placing same in a properly addressed envelope with adequate postage affixed thereon via first class United States mail to: Peter L. Wechsler, Esq., RUDEN, McCLOSKY, SMITH, SCHUSTER & RUSSELL, P.A., 701 Brickell Avenue, Suite 1900, Miami, Florida 33131, and Karl R. Fink, Esq., Steven C. Schroer, Esq. FITCH, EVEN, TABIN & FLANNERY, 120 S. LaSalle Street, Suite 1600, Chicago, Illinois 60603.

Dated: May 6, 2004

                                          STROOCK & STROOCK & LAVAN LLP
                                          3160 Wachovia Financial Center
                                          200 South Biscayne Boulevard
                                          Miami, Florida 33131-5323
                                          Telephone: (305) 358-9900
                                          Facsimile: (305) 789-9302

                                          [signature] FOR
                                          John C. Carey
                                          *Counsel for Plaintiffs*